# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2009

137526(49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GENESEE FOODS SERVICES, INC., and
GENESEE MANAGEMENT, LLC,
          Plaintiffs-Appellees,

v

SC: 137526
COA: 274517
Genesee CC: 05-082958-NM

MEADOWBROOK, INC. d/b/a
MEADOWBROOK OF SAGINAW, RICK
SMITH, and STEVE SMITH,
          Defendants-Appellants.

_____/

       On order of the Court, the motion for reconsideration of this Court's March 20, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       CORRIGAN, J., would grant the motion for reconsideration.

       MARKMAN, J. (*dissenting*).

       I would grant the motion for reconsideration and reverse the Court of Appeals for the reasons set forth in both the dissenting statements of Justice Corrigan and myself to this Court's original order. *Genesee Food Services, Inc v Meadowbrook, Inc,* 483 Mich 907, 909, 910 (2009).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2009

_____
Clerk

d0728